UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF   )<br>ALL RECORDS RELATING TO THE        )<br>EMAIL ADDRESS                                    )<br>maritzamorera@yahoo.com Filed under seal )<br>MAINTAINED ON COMPUTER DATA    )<br>SERVER(S) UNDER THE CONTROL OF )<br>OF YAHOO!                                              ) | Criminal No. |

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR SEARCH WARRANT**

I, Michael Stempinski, being duly sworn, hereby state as follows:

**INTRODUCTION**

1.      I make this affidavit in support of an application for search warrants for certain accounts controlled by the free web-based electronic mail service provider known as Yahoo! Inc. ("Yahoo"), headquartered at 701 First Avenue, Sunnyvale, California.  The account to be searched, which is further described in the following paragraphs and in Attachment A is: maritzamorera@yahoo.com.  As set forth herein, there is probable cause to believe that in this account, there exists evidence, fruits, and instrumentalities of violations of Title 8, United States Code, Section 1324 (Alien Smuggling) and Title 18, United States Code; Section 371 (Conspiracy).

**AGENT BACKGROUND**

2.      I am a Special Agent of the Department of Homeland Security, Immigration and

Customs Enforcement (ICE).  I have been employed by ICE, since in or about June of 2005.  I currently am assigned to the ICE Office of the Special Agent in Charge, Washington, D.C., Investigations, Human Smuggling and Trafficking Group in Sterling, Virginia.  I

have successfully completed the Criminal Investigators Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.  My current duties and Responsibilities, as a Special Agent for ICE include, but are not limited to, investigating both criminal and administrative violations of the Immigration and Nationality Act, including alien smuggling, misuse of passports and other identification documents, and immigration fraud.

**SOURCE OF INFORMATION CONTAINED HEREIN**

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, personal involvement in this investigation, witness interviews, and review of reports and other documents prepared by law enforcement officers.

4. This affidavit does not contain all of the information known to me concerning this investigation.  I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested warrant, but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**BACKGROUND REGARDING COMPUTERS, THE INTERNET, AND E-MAIL**

5. I have had both training and experience in the investigation of computer-related crimes.  Based on my training, experience, and knowledge, I know the following:

      A.      The Internet is a worldwide network of computer systems operated by, *inter alia*, governmental entities, corporations, and universities. In order to access the Internet, an individual computer user often subscribes to Internet access service from an access provider, which operates a host computer system with direct access to the Internet. The World Wide Web ("www") is the common name for one of the ways the Internet allows users to share information;

      B.      With a computer connected to the Internet, an individual computer user can often make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless, and numerous other methods; and

      C.      E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. A server is a computer that is attached to a network and serves many users. An e-mail server may allow users to post and to read messages and to communicate via electronic means. When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the subscriber's mail provider's server, and then transmitted further before it reaches its final destination.

## FREE-E-MAIL PROVIDERS

6.      Based on my training and experience, I have learned that the following is typically true of free-e-mail providers, including Yahoo:

      A.      Yahoo provides an e-mail service which is generally available free of charge to Internet users. Subscribers obtain an account by registering on the Internet with the free e-mail provider. Yahoo typically requests that subscribers provide basic information, such as name, gender, zip code and other personal/biographical information.

3

However, to the best of my knowledge, Yahoo does not verify the registration information provided;

  B. Yahoo maintains electronic records pertaining to the individuals and companies for which they maintain subscriber accounts. These records include account access information, e-mail transaction information, and account application information;

  C. Subscribers to Yahoo can access their accounts on servers maintained and/or owned by Yahoo from computers connected to the Internet around the world;

  D. A Yahoo subscriber seeking to send e-mail can use a web-based interface to log into the account, type the message, and then submit it to Yahoo mail servers for transmission to its recipient(s). Similarly, a Yahoo subscriber seeking to read a received message can use a web-based interface to log into the account and view the message on Yahoo's servers; and

  E. Subscribers to web-based email services, such as Yahoo, typically may elect to download and store on their own personal computers copies of email messages, images, or other files sent or received via the account. In addition to, or instead of, downloading such data to a local computer, a web-based email subscriber may elect to remotely store copies of email messages, images, or other files sent or received via the account on the provider's servers for subsequent retrieval. Accordingly, a search of the files in the computer in a subscriber's residence will not necessarily uncover the files that the subscriber has stored on the Yahoo server and vice versa.

  F. As a federal agent, I am experienced in identifying communications relevant to the crimes under investigation. The personnel of Yahoo may not be.

**SEARCH PROCEDURE**

7.      This warrant will be executed in compliance with the Electronic Communications Privacy Act. Specifically, the warrant will require Yahoo to disclose to the government a copy of the records and other information (including the content of communications, if any) particularly described in Section II of Attachment B. Upon receipt of the information described in Section II of Attachment B, the information described in Section III of Attachment B, which includes the contents of any and all wire and electronic communications, attachments, stored files, print outs, and header information that contain evidence, fruits, and instrumentalities of violations of 8 U.S.C. § 1324 (Alien Smuggling) and 18 U.S.C. § 371 (Conspiracy), including but not limited to communications that will assist investigators in ascertaining the nature and scope of the crimes under investigation, the true identity and or location of the subjects and their co-conspirators, and any disposition of the proceeds of the crimes under investigation, will be subject to seizure by law enforcement.

**PROBABLE CAUSE**

*Overview of Alien-Smuggling Investigation*

8.      In June of 2008, Immigration and Customs Enforcement, Special Agent in Charge, Washington, DC (SAC / DC) initiated an investigation into Mercedes MORERA ROCHE, the head of an international Alien Smuggling Organization (ASO) based in Alajuela, Costa Rica, that is alleged to be moving unauthorized aliens of Cuban nationality into the United States from Cuba through South America, Central America and Mexico with a final destination of the United States.

9.      As further detailed below, the organization smuggles unauthorized aliens to the United States through a variety of means. Among other things, the organization provides

fraudulent and fraudulently obtained Costa Rican passports that enable aliens to travel from other countries in South America and Central America, including Peru, Ecuador and Panama into Costa Rica and Guatemala via commercial airlines where they are met by MORERA ROCHE and / or other associates of this ASO.  These fraudulent and fraudulently obtained Costa Rican passports are further used by the aliens in transit to depart Costa Rica via commercial airlines to various points in Mexico where there are met by other arrangers and facilitator associated with the MORERA ROCHE Alien Smuggling Organization (ASO) to further these aliens travel into the United States where they present themselves at United States Ports of Entry (POE).  In addition, the organization utilizes corrupt immigration officials located in Costa Rica, Panama, and Guatemala who facilitate the illegal entry and movement of these aliens in transit.

10.     The organization is believed to be using the e-mail account maritzamorera@yahoo.com in furtherance of the smuggling operation.   Specifically, it is believed that a MORERA ROCHE uses this email account to correspond with aliens that have solicited MORERA ROCHE to smuggle them from Cuba to the United States.  Among other things, the e-mail account is used to receive scanned passport size photographs of aliens sent to MORERA ROCHE to be used in fraudulent travel documents to facilitate these aliens' travel.

*Witness Account of Alien-1*

11.     On April 7, 2011, Alien-1 attempted to enter the United States at the Brownsville Matamoros International Bridge at Brownsville Texas Port of Entry (POE), presenting a Cuban birth certificate.  Alien-1 requested political asylum.

12.     On May 23 and May 25, 2011, I interviewed Alien-1 concerning money sent via Western Union from her while she was located in Quito, Ecuador to Mercedes MORERA ROCHE in Alajuela, Costa Rica and concerning the details of her journey to the United States

utilizing the services of MORERA ROCHE to smuggle her from Ecuador to the U.S. During the course of the interview, Alien-1 told me the following.

13. On October 7, 2009, Alien-1 departed Cuba by legally obtaining an invitation letter from a friend who was residing in Ecuador that allowed her to legally travel to Ecuador where she resided until approximately November 2010. While in Ecuador, she contacted a Cuban friend that was now living in the United States and discussed her interest in coming to the United States. The friend subsequently provided Alien-1 with the name of a woman who could help her come to the U.S. The name provided was "Mercedes MORERA" along with a phone number and email address. (At the conclusion of the interview Alien-1 voluntarily logged into her email account and retrieved the email address she used to communicate with MORERA ROCHE - maritzamorera@yahoo.com). Alien-1 stated that she utilized this email address to solicit MORERA ROCHE's help in smuggling her to the United States and to communicate with MORERA ROCHE to discuss the smuggling related fees and arrangements. In one instance, MORERA ROCHE requested that Alien-1 send passport size photographs of herself to MORERA ROCHE at the above mentioned email address. These passport photos were later used in a fraudulent or fraudulently obtained Costa Rican passport provided to Alien-1 by MORERA ROCHE which Alien-1 used to travel from Costa Rica to Mexico where Alien-1 then made her way to a U.S. Port of Entry where she presented herself for inspection and requested political asylum.

*Witness Account of Alien-2*

14. On May 26, 2011 and June 13, 2011, I interviewed Alien-2 concerning money sent via MoneyGram to a known associate of MORERA ROCHE in Alajuela, Costa Rica. Alien-2 stated that the money was sent as partial payment for the fee charged by MORERA

ROCHE to smuggle her brother, a Cuban national who was residing in Ecuador, to the United States.  Alien-2 explained that she and her daughter had previously been smuggled from Cuba to the United States with MORERA ROCHE's assistance.  Alien-2 had maintained contact by phone and email with MORERA ROCHE and subsequently contacted her for assistance in smuggling Alien-2's brother from Ecuador to the U.S.  Alien-2 continued her communications with MORERA ROCHE during the course of an initial failed attempt by MORERA ROCHE to smuggle him to the U.S. through Panama.

15. During Alien-2's second interview on June 13, 2011, she voluntarily signed onto her email account and identified several email messages she had exchanged with MORERA ROCHE who used email address maritzamorera@yahoo.com.  On June 16, 2011, Alien-2 provided the substance of additional email conversations between Alien-2 and MORERA ROCHE to ICE Agents that had occurred on June 14, 2011 that were pertinent to MORERA ROCHE'S assistance in smuggling Alien-2's brother to the United States.

16. In a message using email address maritzamorera@yahoo.com to Alien-2, dated May, 20, 2011, MORERA ROCHE advises Alien-2 that she has a friend "over there" (referring to Miami) in whose Bank of America account Alien-2 can deposit money to avoid delivery and extra charges.  MORERA ROCHE provides the bank account number as 229021498935 and the name of the account holder as s Onel VALCARCEL ROJAS.  In an email sent by Alien-2 to MORERA ROCHE at maritzamorear@yahoo.com dated May 20, 2011 at 04:45 p.m., Alien-2 states that she is going to make a deposit the following day but requests confirmation of the bank account number MORERA ROCHE had provided as she believes it is missing a digit.  In an email dated May 20, 2011 at 10:08 p.m. from email address maritzamorera@yahoo.com, MORERA ROCHE responds "229021498935".

17.     During a subsequent interview of Alien-2 on June 17, 2011, Alien-2 explained that after the first failed smuggling attempt she asked if the smuggling of her brother could be expedited if she sent MORERA ROCHE more money.  MORERA ROCHE had told Alien-2 that her brother could be smuggled quicker for an additional $1500. When Alien-2 told MORERA ROCHE she only had $1000, MORERA ROCHE instructed her to send the $1000, and that Alien-2 could send MORERA ROCHE the remaining $500 when her brother got to Costa Rica enroute to the U.S.  After depositing the money into the Bank of America bank account and notifying MORERA ROCHE of this by email Alien-2 received a message from email address maritzamorera@yahoo.com on May 21, 2011 at 05:15 p.m. in which MORERA ROCHE thanks Alien-2 and says she will retrieve it (referencing the money) and will call Alien-2.

18.     In an email from Alien-2 to MORERA ROCHE at maritzamorera@yahoo.com dated June 5, 2011, Alien-2 asks how everything is going and expresses her concern that it is taking too long.  In an email dated June 5, 2011from MORERA ROCHE using email address maritzamorera@yahoo.com, MORERA ROCHE responds that they are almost done and she will explain by phone.  In an email sent June 14, 2011 at 5:59 p.m., by Alien-2 to maritzamorera@yahoo.com, Alien-2 advises MORERA ROCHE that her brother has not received anything (referencing the previous email dated June 5, 2011).  In a message  dated June 14, 2011at 16:21, from email address maritzamorera@yahoo.com, MORERA ROCHE responds that  a friend Alien-2 knows is going over there (referencing Ecuador) and  is bringing something so he (referencing Alien-2's brother) can come over.

*Subscriber information*

19.     Subscriber records for e-mail address maritzamorera@yahoo.com provide additional support of its use by MORERA ROCHE.  According to records provided by Yahoo,

9

the account has been registered to an individual named "Srta. maritza morera morera" purportedly of Costa Rica with a date of birth of November 15, 1964 since June 03, 2003. The associated Registration IP Address is: 196.40.50.144, which is a registered ISP of Radigraficia Costarricense.

20.  Subscriber records for e-mail address maritzamorera@yahoo.com provide further support that the account is being used by an individual in Costa Rica. On March 31, 2011, Yahoo Inc. provided me with the Registration Internet Protocol (IP) addresses associated with the creation of the account as: 196.40.50.144, which is a registered ISP of Radigraficia Costarricense. In addition, Yahoo Online Services provided the IP address history associated with the recent account activity and connectivity from April 01, 2010 to March 19, 2011. According to the IP address history, the email account maritzamorera@yahoo.com was accessed 5,613 times from IP addresses to include: 201.204.35.174 and 186.176.84.120 between the dates of April 01, 2010 and March 19, 2011. An IP address query revealed that the IP addresses are issued to Amnet Cable Costa Rica, an Internet Service Provider in Costa Rica, and Instituto Costaricense de Electricidad y Telecom in Alajuela, Costa Rica. The records indicate that the account is being accessed in Costa Rica, where MORERA ROCHE is currently operating.

21.  This information is consistent with use by MORERA ROCHE for the following reason. On January 04, 2010, MORERA ROCHE applied for a B1/B2 visa to enter the United States, which was subsequently denied. On her visa application, MORERA ROCHE provided the following information: Name: Mercedes MORERA ROCHE; date of birth: November 15, 1964; Email Address: maritzamorera@yahoo.com; Costa Rican Passport number: D684294.

22.  On May 24, 2011, a letter was submitted to Yahoo! Inc requesting the preservation of all email, and other associated documentation, pertaining to the accounts:

10

maritzamorera@yahoo.com.  This was done in the anticipation of obtaining a search warrant or other legal process necessary to obtain this information.

23.     I know from my training and experience that the complete contents of e-mail accounts may be important to establishing the actual user who has dominion and control of an e-mail account at a given time.  E-mail accounts may be registered in false names or screen names from anywhere in the world with little to no verification by the service provider.  They may also be used by multiple people.  Therefore, the content of a given account, including the e-mail accounts that send messages to a subject account, often provides important evidence regarding the actual user's dominion and control of an e-mail account.

24.     This Court has jurisdiction to issue the requested warrant because it is "a court with jurisdiction over the offense under investigation." 18 U.S.C. § 2703(a).

## CONCLUSION

25.     Based on the foregoing, there is probable cause to believe that the contents of the wire and electronic communications pertaining to the SUBJECT ACCOUNTS are evidence, fruits and instrumentalities of criminal violations of 8 U.S.C. § 1324 (Alien Smuggling) and 18 U.S.C. § 371 (Conspiracy).

*Request for sealing*

1.      It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time.  Based upon my

training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

        Respectfully submitted,

        Michael Stempinski
        Special Agent, ICE

Subscribed and sworn to before me on: _____ day of June, 2011.

        _____
        Hon. ALAN KAY
        UNITED STATES MAGISTRATE JUDGE